UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DARRELL MORRIS | : | CIVIL NO. 3:05 CV 00848 (JBA) |
|     Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| SCHOOL OF MEDICINE | : | |
|     Defendant | : | AUGUST 5, 2005 |

## MOTION TO DISMISS

For the reasons stated in the accompanying memorandum, defendant, Yale University School of Medicine hereby moves, pursuant to Fed. R. Civ. P.12 (b)(1) and 12(b)(6) that Counts Two through Five of the complaint be dismissed.

                THE DEFENDANT
                YALE UNIVERSITY SCHOOL OF
                MEDICINE

By:/s/ _____
    Patrick M. Noonan (ct00189)
    Donahue, Durham & Noonan, P.C.
    741 Boston Post Road
    Guilford, CT 06437
    (203) 458-9168

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Dawne Westbrook, Esquire
PO Box 2502
Middletown, CT 06457

/s/ _____
Patrick M. Noonan