UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DARRELL MORRIS | : | CIVIL NO. 3:05 CV 00848 (JBA) |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| SCHOOL OF MEDICINE | : | |
| Defendant | : | JUNE 27, 2006 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule Fed. R. Civ. P. 56, the defendant, Yale University School of Medicine hereby moves for summary judgment as there are no disputed issues of fact, and summary judgment must be granted as a matter of law.  Yale University School of Medicine submits that summary judgment should be granted in its favor as there is no evidence to support a claim that the plaintiff's dismissal was racially motivated, and there is no evidence to support any of the contractually based state law claims set forth in the complaint.

THE DEFENDANT,
YALE UNIVERSITY SCHOOL OF
MEDICINE


By_____/s/_____
Patrick M. Noonan
(Fed. Bar #ct00189)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT  06437
(203) 458-9168

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK  •  741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168  •  FAX:  (203) 458-4424
JURIS NO. 415438

## **CERTIFICATION**

This is to certify that a copy of the foregoing was e-mailed on the above-written date, to:

Dawne Westbrook, Esquire
justice@dawnewestbrooklaw.com

/s/
Patrick M. Noonan
