UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DARRELL MORRIS         :
   v.                              Civil No.  3:05cv848 (JBA)
                                              :

YALE UNIVERSITY SCHOOL
OF MEDICINE

## JUDGMENT

This matter came on for consideration on defendant's for summary judgment  before the Honorable Janet Bond Arterton, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on February 14, 2007,  the Court entered a Ruling  granting defendant's Motion for Summary Judgment.

It is therefore ORDERED and ADJUDGED that  summary judgment is entered for the defendant and  the case is closed.

Dated at New Haven, Connecticut, this 15th day of February, 2007.

                                                    KEVIN F.  ROWE, CLERK


                                                  By_____/s/_____
                                                        Betty J. Torday
                                                        Deputy Clerk


EOD_____